[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-10232
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 19, 2007
THOMAS K. KAHN
CLERK

D.C. Docket No. 05-00351-CV-BE-E

PRIME INSURANCE SYNDICATE, INC., THE,

Plaintiff-Appellant,

versus

THOMAS J. CONBOY,
JAMES S. ROBERTS,
TOWNES, WOODS & ROBERTS, P.C.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(October 19, 2007)**

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

The Plaintiff appeals following the district court's grant of summary judgment to the Defendants on all four counts of its complaint. The court erred, the Plaintiff contends, in granting summary judgment on each of the counts. We affirm.

Summary judgment was properly granted on the tortious interference claims in Counts I and II because of a break in the chain of causation as outlined in the district court's Memorandum Opinion. (R.2-86 at 6.) Similarly, summary judgment was properly granted on the abuse of process claim in Count III for the same reason, as explained in the district court's Memorandum Opinion. (R.2-86 at 6-7.)

And finally, summary judgment was properly granted on the Count IV civil conspiracy claim because the Plaintiff failed to establish a tort underlying any alleged conspiracy. We express no opinion as to whether any assignment of the bad faith claim would be effective because any such assignment, even if ineffective, would not be tortious.

AFFIRMED.